IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HIMEBAUCH, | CASE NO. 12-CV-0587 LJO BAM |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S IN FORMA PAUPERIS APPLICATION;** |
| vs. | **ORDER TO SHOW CAUSE** |
| KAWEAH DELTA MEDICAL CENTER, | |
| Defendant. | |

Plaintiff James Himebauch ("Plaintiff"), an individual proceeding pro se, filed a motion to proceed *in forma pauperis* (the "IFP Motion"). (Doc. 2.) On May 31, 2012, the Magistrate Judge issued Findings and Recommendations recommending the IFP Motion be denied, noting that Plaintiff's IFP Application demonstrated Plaintiff had the financial resources to pay the $350.00 filing fee. (Doc. 5.) The Magistrate Judge also recommended that Plaintiff be required to pay the $350 dollar filing fee by June 15, 2012. (Doc. 5.)

The March 2, 2012 Findings and Recommendations were served on the parties and contained notice to the parties that any objections to the Findings and Recommendations were to be filed within fifteen days of the date of the Order. (Doc. 5.) The parties have not filed timely objections to the Findings and Recommendations.

1  In accordance with the provisions of Title 28 of the United States Code section 636(b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, May 31, 2012, are adopted in full;
2. Plaintiff's Motion to Proceed *in forma pauperis* is denied;
3. Plaintiff is required to pay the filing fee of $350.00.

The Court further ORDERS Plaintiff to SHOW CAUSE as to why he did not pay the required filing fee by June 15, 2012. Within FIVE days of the date of this ORDER, Plaintiff shall, in writing, show cause, if any, as to why Plaintiff's action should not be dismissed for failure to follow court orders and to satisfy filing fee requirements.

**Failure to respond to this Order to Show Cause will result in dismissal of this action.**

IT IS SO ORDERED.

**Dated:   June 19, 2012**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE