1
2
3
4
5
6
7
8        **IN THE UNITED STATES DISTRICT COURT**
9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11   JAMES HIMEBAUCH, *et al.*,                    CASE NO. 12-CV-0587 LJO BAM
12                     Plaintiffs,               **ORDER   DISMISSING   PLAINTIFFS'**
                                                 **CLAIMS WITHOUT PREJUDICE**
13        vs.
14   KAWEAH DELTA MEDICAL CENTER,
15                     Defendant.
     _____/
16
17        On April 16, 2012, Plaintiffs James Himebauch and Paula Himebauch ("Plaintiffs"), proceeding
18   pro se, filed a motion to proceed *in forma pauperis* (the "IFP Motion"), which was apparently signed
19   by only plaintiff James Himebauch. (Doc. 2.)  On May 31, 2012, the Magistrate Judge issued Findings
20   and Recommendations recommending the IFP Motion be denied, noting that Plaintiffs' IFP Application
21   demonstrated Plaintiffs had the financial resources to pay the $350 filing fee.  (Doc. 5.)  The Magistrate
22   Judge also recommended that the $350 filing fee be paid by June 15, 2012.  (Doc. 5.)
23        This Court's June 19, 2012 order ("June 19 order") adopted the Magistrate Judge's Findings and
24   Recommendations in full.  (Doc. 6.)  The June 19 order required a showing of cause, if any, why the
25   $350 filing fee was not paid.  The June 19 order cautioned that failure to respond would result in
26   dismissal of this action.  There has been no response to the June 19 order, and the $350 filing fee
27   remains unpaid.
28        Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT

                                                  1

PREJUDICE given the failure to respond to the June 19 order and to pay the $350 filing fee.  The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:** __**July 11, 2012**__             __**/s/ Lawrence J. O'Neill**__
                                          UNITED STATES DISTRICT JUDGE