IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HIMEBAUCH, *et al.*, | CASE NO. 12-CV-0587 LJO BAM |
| Plaintiffs, | **ORDER DISMISSING PLAINTIFFS' CLAIMS WITHOUT PREJUDICE** |
| vs. | |
| KAWEAH DELTA MEDICAL CENTER, | |
| Defendant. | |

On April 16, 2012, Plaintiffs James Himebauch and Paula Himebauch ("Plaintiffs"), proceeding pro se, filed a motion to proceed *in forma pauperis* (the "IFP Motion"), which was apparently signed by only plaintiff James Himebauch. (Doc. 2.) On May 31, 2012, the Magistrate Judge issued Findings and Recommendations recommending the IFP Motion be denied, noting that Plaintiffs' IFP Application demonstrated Plaintiffs had the financial resources to pay the $350 filing fee. (Doc. 5.) The Magistrate Judge also recommended that the $350 filing fee be paid by June 15, 2012. (Doc. 5.)

This Court's June 19, 2012 order ("June 19 order") adopted the Magistrate Judge's Findings and Recommendations in full. (Doc. 6.) The June 19 order required a showing of cause, if any, why the $350 filing fee was not paid. The June 19 order cautioned that failure to respond would result in dismissal of this action. There has been no response to the June 19 order, and the $350 filing fee remains unpaid.

Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT

PREJUDICE given the failure to respond to the June 19 order and to pay the $350 filing fee.  The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:   July 11, 2012**                             /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE